Paul F. Clark (PC 2633)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendants HMC Capital Resources LLC,
Marriott Hotel Services, Inc. and MK West Street Company, L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION              21 MC 102 (AKH)
                                                07CV01632 (AKH)
------------------------------------------------------------------------ X
RODRIGO JIMBO (AND WIFE DOLORES CALLE),

                                                **NOTICE OF HMC**
                                                **CAPITAL**
                        Plaintiff,              **RESOURCES LLC'S**
                                                **ADOPTION OF**
-against-                                       **ANSWER TO**
                                                **MASTER**
HMC FINANCIAL CENTER, INC., et al,              **COMPLAINT**

                        Defendants.
------------------------------------------------------------------------ X

　　　　PLEASE TAKE NOTICE THAT defendant HMC CAPITAL RESOURCES LLC, incorrectly named herein as HMC FINANCIAL CENTER, INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt HMC CAPITAL RESOURCES LLC, incorrectly named in the Master Complaint as HMC CAPITAL RESOURCES CORP. and/or HMC FINANCIAL CENTER, INC., MARRIOTT HOTEL SERVICES, INC. and MK WEST STREET COMPANY, L.P., incorrectly named in the Master Complaint as MK WEST STREET COMPANY's (collectively referred to in the Master Answer and herein as the

"MARRIOTT defendants"), Answer to Master Complaint, dated August 3, 2007, that was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, HMC CAPITAL RESOURCES LLC, incorrectly named herein as HMC FINANCIAL CENTER, INC., demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:  New York, New York
September 26, 2007

WADE CLARK MULCAHY

/s/
_____
By: Paul F. Clark (PC 2633)
Attorneys for MARRIOTT Defendants
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

Samantha Surat, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Staten Island, New York.

That on September 26, 2007, deponent served the within **Notice of HMC Capital Resources LLC's Adoption of Answer to Master Complaint** upon the attorneys and parties listed below by United States prepaid mail:

TO:

Gregory J. Cannata, Esq.
THE LAW FIRM OF GREGORY J. CANNATA
Plaintiffs's Liaison Counsel
233 Broadway
New York, NY 10279

Robert Grochow, Esq.
ROBERT A. GROCHOW, P.C.
Plaintiffs's Liaison Counsel
233 Broadway
New York, NY 10279

David Worby, Esq.
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Plaintiffs's Liaison Counsel
115 Broadway
New York, NY 10006

James E. Tyrrell, Jr., Esq.
PATTON BOGGS LLP
Defendants' Liasion Counsel
The Legal Center
One Riverfront Plaza
Newark, NJ  07102

Richard Williamson, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP
Defendants' Liaison Counsel
One Liberty Plaza
New York, NY 10006

WILSON ELSER, ET AL
Attorneys for Battery Park City Authority
3 Gannett Drive
White Plains, NY 10604

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead Development, LLC
20 West Main Street
Bay Shore, NY 11706

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead 110 Development, LLC
20 West Main Street
Bay Shore, NY 11706

DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

/s/
_____
Samantha Surat

Sworn to before me this
26th day of September 2007

/s/
_____
Cheryl D. Fuchs